UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:11-CV-299-F

| | |
|---|---|
| DARRELL RAY,<br>    Plaintiff,<br><br>v.<br><br>HARTFORD COMPREHENSIVE<br>EMPLOYEE BENEFITS SERVICE<br>COMPANY, ADMINISTRATOR OF THE<br>GERDAU AMERISTEEL US, INC. LONG<br>TERM DISABILITY PLAN,<br>    Defendant. | O R D E R |

This matter is before the court on Defendant's Motion to Stay Briefing [DE-26] on Plaintiff's Motion to Dismiss Counterclaim [DE-27]. In the alternative, Defendant requests an extension of time to respond to Plaintiff's Motion to Dismiss Counterclaim [DE-27] until November 15, 2011. Defendant states that Plaintiff consents to this instant motion. Upon consideration, and for good cause shown, Defendant's Motion [DE-26] is **ALLOWED**. However, instead of allowing the request to stay briefing, the court will allow an extension of time in which Defendant may file its response to Plaintiff's Motion to Continue Counterclaim [DE-27] until **November 15, 2011**.

SO ORDERED.

This the 27th day of September, 2011.

JAMES C. FOX
Senior United States District Judge