IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:11-CV-299-F

| | |
|---|---|
| DARRELL RAY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GERDAU AMERISTEEL US, INC. LONG ) | |
| TERM DISABILITY PLAN, ) | |
| ) | |
| Defendant. ) | |

Before the court is plaintiff's motion to seal (D.E. 37), filed 27 December 2011. The motion seeks to seal an exhibit (D.E. 30-1) to plaintiff's motion (D.E. 30) to dismiss defendant's counterclaim. The grounds for the motion are that the exhibit, a Social Security Administration Decision, contains personal identifying and confidential information. Defendant does not oppose plaintiff's motion.

Pursuant to Fed. R. Civ. P. 5.2, privacy protection is provided for certain filings, including the record of an administrative or agency proceeding. Fed. R. Civ. P. 5.2(b)(2). In addition, electronic access to records concerning benefits under the Social Security Act is generally limited to parties and their attorneys. Fed. R. Civ. P. 5.2(c). In accordance with Rule 5.2, plaintiff's motion is ALLOWED. The Clerk is DIRECTED to retain the filing at Docket Entry 3-1 under permanent seal pursuant to Fed. R. Civ. P. 5.2 and Local Civil Rule 79.2, E.D.N.C.

SO ORDERED, this 1 day of February 2012.

James E. Gates
United States Magistrate Judge